UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Susan Pierson Sonderby
Hearing Date: 5-12-10
Bankruptcy Case No. 09-21446
Adversary No. 09-857

Title of Case: Zero Investment + Management Corp v. Mohammad Mehrejoskouei et al

Brief Statement of Motion: Continued Status Hearing

Names and Addresses of moving counsel: Richard H. Fimoff, 25 E Washington St, Chicago, IL 60602

Representing: Zero Investment

## ORDER

Adversary complaint is voluntarily withdrawn & this case is dismissed.

6/11/99